IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

EDGAR YASMIN
CABALLERO GARCIA,

§
§
§
§
§

*Petitioner*,

§
§

No. 1:26-CV-01102-DAE

v.

§
§

COLLINS, *et al.*,

§
§
§

*Respondents*.

§

## <u>ORDER FOR SUPPLEMENTAL BRIEFING</u>

Before the Court is Edgar Yasmin Caballero Garcia's ("Petitioner")

Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt.

# 1), and Federal Respondents'[1] Response (Dkt. # 6).

In their Response, Federal Respondents contend that Petitioner is not

being detained pursuant to 8 U.S.C. § 1225 but rather pursuant to 8 U.S.C. § 1226.

(Dkt. # 6 at 1.)  As such, he is eligible for a bond hearing.  (<u>Id.</u>)  Accordingly, they

argue, because Petitioner has not requested a bond hearing even though one is

---

[1] Federal Respondents include Sylvester Ortega, Field Office Director of the San Antonio Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement ("ICE"); Todd M. Lyons, Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the Department of Homeland Security ("DHS"); and Todd Blanche, United States Attorney General.

available to him, he has failed to exhaust his administrative remedies, and his Petition should be denied.  (Id. at 2–4.)

**IT IS THEREFORE ORDERED** that, **on or before 12:00 p.m. on Thursday, May 14, 2026**, Petitioner shall file a reply addressing the arguments made by Federal Respondents.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, May 7, 2026.

_____
David Alan Ezra
Senior United States District Judge

2