IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

EDGAR YASMIN
CABALLERO GARCIA,

§
§
§
§
§
§     No. 1:26-CV-01102-DAE
§
§
§
§
§
§

*Petitioner*,

v.

COLLINS, *et al*.,

*Respondents*.

ORDER FOR SUPPLEMENTAL BRIEFING

Before the Court is Edgar Yasmin Caballero Garcia's ("Petitioner")

Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt.

# 1), and Federal Respondents'[1] Response (Dkt. # 6).

In their Response, Federal Respondents contend that Petitioner is not

being detained pursuant to 8 U.S.C. § 1225 but rather pursuant to 8 U.S.C. § 1226.

(Dkt. # 6 at 1.)  Under 8 U.S.C. § 1226(a), a noncitizen may only be arrested and

detained "[o]n a warrant issued by the Attorney General."  However, on the

briefing and evidence filed before the Court, it is not clear whether a warrant was

---

[1] Federal Respondents include Sylvester Ortega, Field Office Director of the San Antonio Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement ("ICE"); Todd M. Lyons, Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the Department of Homeland Security ("DHS"); and Todd Blanche, United States Attorney General.

1

ever issued in this case.  Accordingly, **IT IS THEREFORE ORDERED** that, **<u>on or before 12:00 p.m. on Wednesday, May 27, 2026</u>**, Federal Respondents shall file supplemental briefing addressing whether or not a warrant was procured prior to Petitioner's detention.  If a warrant was indeed procured, Federal Respondents are further **ORDERED** to provide that warrant to the Court.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, May 20, 2026.

_____

David Alan Ezra
Senior United States District Judge